```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

COZEN O'CONNOR, P.C.,              )
                                   )
            Plaintiff,             )
                                   )
     v.                            )    No.  05 C 5264
                                   )
ASPERGER CARAHER LLC,              )
                                   )
            Defendant.             )

## MEMORANDUM ORDER

Counsel for defendant Asperger Caraher LLC has just filed electronically what its counsel labels as an "Amended Response" and an "Amended Memorandum of Law" in connection with the already-fully-briefed motion by plaintiff Cozen O'Connor, P.C. for a determination of certain issues as a matter of law. This Court has no recollection of having granted authorization for such a filing, nor does any docket entry reflect any such authorization. Hence the current submissions were improperly filed in the absence of a motion for leave to do so upon which the Court could then rule. Accordingly the newly-filed documents are stricken from consideration on the pending motion.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 19, 2006